UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PULTE HOMES, INC.,

    Plaintiff,

vs.

CASE NO. 09-CV-13638
HON. LAWRENCE P. ZATKOFF

LABORERS' INTERNATIONAL UNION OF NORTH AMERICA,
TERENCE M. O'SULLIVAN, and
RANDY MAYHEW,

    Defendants.
_____/

## ORDER

AT A SESSION of said Court, held in the
United States Courthouse, in the City of Port Huron, State of
Michigan, on the 16th day of September, 2009

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

### I. INTRODUCTION

This matter is before the Court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Docket #2), filed on September 15, 2009.

### II. LEGAL STANDARD

A court is to consider the following four factors in determining whether a plaintiff is entitled to a temporary restraining order or other preliminary injunctive relief:

    (1)    whether the movant has shown a strong or substantial likelihood or probability of success on the merits;

(2) whether the movant has shown that he or she would suffer irreparable harm if the preliminary relief is not issued;

(3) whether the issuance of a preliminary injunction will not cause substantial harm to third parties; and

(4) whether the public interest would be served by the issuance of a preliminary injunction.

*Sandison v. Michigan High School Athletic Association, Inc.*, 64 F.3d 1026, 1030 (6th Cir. 1995); *UASCO Coal Co. v. Carbomin Energy, Inc.*, 689 F.2d 94, 98 (6th Cir. 1982); *Mason County Med. Ass'n v. Knebel*, 563 F.2d 256, 261 (6th Cir. 1977). The standard for preliminary injunction is not a rigid and comprehensive test, and the four factors are to be balanced, not prerequisites that must be satisfied, but instead "these factors simply guide the discretion of the court; they are not meant to be rigid and unbending requirements." *In re Eagle-Picher Indus., Inc.* 963 F.2d 855, 859 (6th Cir. 1992).

### III. FINDINGS OF THE COURT

The Court has reviewed the Plaintiff's Motion and Brief in support thereof. The Court declines to grant Plaintiff's motion for a Temporary Restraining Order. As to the Motion for Preliminary Injunction, the Court finds that the Plaintiff has set forth an adequate basis to warrant a hearing on its request for injunctive relief. The Court therefore ORDERS the parties to appear for a hearing on Plaintiff's Motion for Preliminary Injunction on September 22, 2009, at 10:30 a.m. In addition, to the extent the parties desire to file additional briefs, the Court ORDERS the Plaintiff and Defendants to submit any such briefs to the Court no later than 12:00 p.m. on Monday, September 21, 2009.

## IV. CONCLUSION

The parties are ORDERED TO APPEAR at the Federal Building, 526 Water Street, Port Huron, Michigan, at 10:30 a.m. on September 22, 2009, for a hearing on Plaintiff's request for a preliminary injunction.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: September 16, 2009

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on September 16, 2009.

S/Marie E. Verlinde
Case Manager
(810) 984-3290