# EXHIBIT 6

# M2000/IS

P.O. Box 7459
Burbank, CA 91510
(818) 566-8300 fax (818) 566-8700

**Invoice No.**         **92909**

## INVOICE ══

**Customer**

| | | | | |
|---|---|---|---|---|
| Name | Pulte Homes, Inc. | | Date | 9/29/2009 |
| Address | 100 Bloomfield Hills Parkway, Suite 300 | | | |
| City | Bloomfield Hills     State: MI     ZIP 48304 | | Contact | Richard Jones |
| Attn: | Melissa Hernandez | | | Ext. 21 |

| Hours | Professional services rate: $300 p/person-hour.<br>Travel Time rate: $150.00 p/person hour. | Sub-Total | TOTAL |
|---|---|---|---|
| | **Mark Alcock:**<br>**Professional Services & Travel Time** | | |
| 3.0 Hrs | Prof. Services - Capture Forensic Image | $900.00 | $900.00 |
| 16.0 Hrs | Prof. Services - Analyzing & Parsing Data | $4,800.00 | $4,800.00 |
| 3.0 Hrs | Travel Time - LA  to Tempe to LA | $450.00 | $450.00 |
| | **Reimbursement** | | |
| | U.S. Airways | $355.20 | $355.20 |
| | LAX Airport Parking | $30.00 | $30.00 |
| | 500 Gig Hard Drive | $100.00 | $100.00 |
| | SubTotal | | $6,635.20 |
| | **TOTAL** | | $6,635.20 |

Check to be made payable to: **M2000/IS**

<u>Forward payment to:</u>
M2000/IS
P.O. Box 7459
Burbank, CA 91510

Office Use Only

*INVOICES DUE AND PAYABLE UPON RECEIPT*

*Federal Tax ID Number: 95-4462474*