# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 25, 2011

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 10-1673, *Pulte Homes, Inc. v. Laborers' International Union, et al*
Originating Case No. : 09-13638

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Nancy Barnes
Senior Case Manager
Direct Dial No. 513-564-7022

cc: Mr. John F. Birmingham Jr.
    Mr. Christopher Paul Legghio
    Ms. Jennifer L. Neumann
    Mr. Larry Scott Perlman
    Mr. Terrance G. Reed

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 10-1673

_____

Filed: August 25, 2011

PULTE HOMES, INC., a Michigan Corporation

    Plaintiff - Appellant

v.

LABORERS' INTERNATIONAL UNION OF NORTH AMERICA; TERENCE M. O'SULLIVAN; RANDY MAYHEW

    Defendants - Appellees


## MANDATE

Pursuant to the court's disposition that was filed 08/02/2011 the mandate for this case hereby issues today.


COSTS: None