# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PULTE HOMES , INC.,

    Plaintiff,

v.                                                          Case No. 09-13638
                                                                 Hon. Lawrence P. Zatkoff

LABORERS' INTERNATIONAL
UNION OF NORTH AMERICAN, *et al*.,

    Defendants.

_____/

## **ORDER OF DISMISSAL**

      Pursuant to Plaintiff's notice of dismissal, Plaintiff dismisses this case against Defendants without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [dkt 48].  As such, the Court hereby ORDERS that this case is closed.

      **IT IS SO ORDERED.**

Dated:  October 20, 2011                                             s/Lawrence P. Zatkoff
                                                                                 Honorable Lawrence P. Zatkoff
                                                                                 United States District Judge